IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA MORROW, Individually
and as Special Administrator for the
Estate of Michael Morrow, Deceased                                       PLAINTIFF

v.                          Case No. 4:09-cv-965-DPM

UNITED STATES OF AMERICA                                                 DEFENDANT

ORDER

Morrow moves to voluntarily dismiss her claims against the United States. The United States has not opposed the motion. Further, it appears that neither party would be prejudiced by such a dismissal. The motion to dismiss, *Document No. 10*, is therefore granted. Fed. R. Civ. P. 41(a)(2). Morrow's claims against the United States are dismissed without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
Untied States District Judge

27 Oct. 2010