IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARTHA MORROW, Individually
and as Special Administrator for the
Estate of Michael Morrow, Deceased                              PLAINTIFF

v.                    Case No. 4:09-cv-965-DPM

UNITED STATES OF AMERICA                                        DEFENDANT

JUDGMENT

Morrow's claims against the United States are dismissed without prejudice. This case is closed.

So Ordered.

_____
D.P. Marshall Jr.
Untied States District Judge

27 Oct. 10